## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury, on ___December 13___, 20 _12_,   returned an Indictment against

### CHARLES WILLIAM CARLTON

**charging the following:**

21 U.S.C. § 846 - conspiracy to possess with intent to distribute and distribute controlled substances and controlled substance analogues resulting in serious bodily injury and death
21 U.S.C. §§ 813, 952(a), 960(b)(3) and 963 - conspiracy to import into the United States controlled substance analogues resulting in death and serious bodily injury
21 U.S.C. §§ 331(a), 333(a)(2) and 352; and 18 U.S.C § 371 - conspiracy to cause the introduction of a misbranded drug into interstate commerce
21 U.S.C. § 853 - forfeiture allegation
18 U.S.C. § 2 - aiding and abetting

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a __Warrant__ directed to the above-named defendant.

[x]   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]   The United States recommends that:

  [ ]   bail be set at $ _____

  [ ]   defendant be detained without bail.

COMMENTS:

Dated this _13th_ day of _December_, 20 _12_

TIMOTHY Q. PURDON
United States Attorney