IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:12-cr-119-01 |
| | ) | |
| v. | ) | **MOTION FOR REVOCATION OF** |
| | ) | **MAGISTRATE JUDGE'S ORDER** |
| CHARLES WILLIAM CARLTON, | ) | **SETTING CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by Timothy Q. Purdon, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby moves this Court, pursuant to Title 18, United States Code, Sections 3145(a)(1) and 3142, for an order:

1. Immediately staying Magistrate Judge Mary Milloy's Order Setting Conditions of Release issued on December 19, 2012, pending review of the Order by the Court having original jurisdiction over the offense, that is the District of North Dakota.

2. Revoking the pretrial release of the Defendant ordered by Magistrate Judge Mary Milloy on December 19, 2012.

3. Ordering the pretrial detention of the Defendant.

This motion is based upon the entire record of the detention hearing conducted by Magistrate Mary Milloy on December 19, 2012, as more fully set out in the accompanying brief of the United States.

The United States respectfully asks the Court to promptly determine this motion pursuant to Title 18, United States Code, Section 3145(a).

Dated December 21, 2012.

                              TIMOTHY Q. PURDON
                              United States Attorney

By:   /s/ Christopher C. Myers
       CHRISTOPHER C. MYERS
       Assistant United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       N.D. Bar Board ID No. 05317
       Attorney for United States