IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>CHARLES WILLIAM CARLTON, )<br>  )<br>Defendant. ) | Criminal No. 3:12-cr-119-01<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on December 21, 2012, the following documents:

**MOTION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER SETTING CONDITIONS OF RELEASE; BRIEF IN SUPPORT OF MOTION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER SETTING CONDITIONS OF RELEASE**

were filed electronically with the Clerk of Court through ECF.

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, and sent via fax and email to the following:

Terrance Gaiser
Attorney at Law
2900 Smith Street, Suite 220
Houston, TX 77006
Fax: 713-227-4623
tagaiser@aol.com


Dated: December 21, 2012.            /s/_____
                                     LORI E. DALY
                                     Office of United States Attorney