IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal No. 3:12-cr-119 |
| Plaintiff, | ) | |
| | ) | **ORDER STAYING EXECUTION OF** |
| vs. | ) | **MAGISTRATE JUDGE'S ORDER OF** |
| | ) | **RELEASE** |
| Charles William Carlton, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the United States' motion to stay the magistrate judge's order setting conditions of release and to revoke the defendant's pretrial release authorized by the magistrate judge (Doc. #12). Upon consideration, the Court hereby **GRANTS** the motion to stay execution of the magistrate judge's order setting conditions of release issued on December 19, 2012. Defendant shall remain in custody pending further review by this Court.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2012.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court