Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CHARLES WILLIAM CARLTON | ) Case No. 3:12-cr-119-01 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHARLES WILLIAM CARLTON ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death; Conspiracy to Import into the United States Controlled Substance Analogues Resulting in Death and Serious Bodily Injury; Conspiracy to Cause the Introduction of a Misbranded Drug into Interstate Commerce; Aiding and Abetting; Forfeiture Allegation

Date: 12/13/2012

/s/ Lori Haberer
*Issuing officer's signature*

City and state:   Fargo, ND

Lori Haberer, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-14-2012 , and the person was arrested on *(date)* 12-17-2012
at *(city and state)* Houston, Texas by DEA.

Date: 12-21-2012

*Arresting officer's signature*

J. J. Schafer
*Printed name and title*