IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cr-119-01 |
| | ) | |
| -vs- | ) | **ORDER DIRECTING ISSUANCE OF** |
| | ) | **ARREST WARRANT** |
| Charles William Carlton, | ) | |
| | ) | |
| Defendant. | ) | |

This Court has ordered that execution of the magistrate judge's order setting conditions of release be stayed pending review by the undersigned (Doc. #15). The Court has been informed that the defendant was released under the terms of the magistrate judge's order.

**IT IS HEREBY ORDERED** that an arrest warrant be issued and Carlton be promptly taken into custody and brought before this Court for a hearing to review his release status.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2012.


/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court