Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

United States of America )
v. )
Charles William Carlton ) Case No. 3:12-cr-119-01
)
)

_Defendant_

RECEIVED UNITED STATES MARSHALS DEC 21 2012 DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Charles William Carlton    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Originating Charges: Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death; Conspiracy to Import into the United States Controlled Substance Analogues Resulting in Death and Serious Bodily Injury; Conspiracy to Cause the Introduction of a Misbranded Drug into Interstate Commerce; Aiding and Abetting; Forfeiture Allegation

Date: 12/21/2012                    /s/ Ashley Sanders
                                    _Issuing officer's signature_

City and state:  Fargo, ND          Ashley Sanders, Deputy Clerk
                                    _Printed name and title_

### Return

This warrant was received on _(date)_ 12/21/2012 , and the person was arrested on _(date)_ 12/21/2012
at _(city and state)_ 6543 Dogwood Park Lane, Katy, TX

Date: 12/21/2012

[signature] AUSM
_Arresting officer's signature_

Mike Gravalin   AUSM
_Printed name and title_