IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.  3:12-cr-119 |
| Plaintiff, ) | |
| ) | **UNITED STATES' MOTION TO** |
| v. ) | **UNSEAL CASE** |
| ) | |
| CHARLES WILLIAM CARLTON, ) | |
| JOHN ROBERT POLINSKI, ) | |
| BYRON JOSEPH LANDRY, ) | |
| a/k/a TRIPLESCREW, and ) | |
| RYAN BURTON LANE, ) | |
| ) | |
| Defendants. ) | |

The United States of America, by Timothy Q. Purdon, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, respectfully requests the Court enter an Order unsealing the case opened on December 13, 2012, against Charles William Carlton, John Robert Polinski, Byron Joseph Landry, a/k/a Triplescrew, and Ryan Burton Lane.  On December 18, 2012, Defendants Carlton and Polinski made an initial appearance on Rule 5 proceedings before the Magistrate Judge Milloy, in Houston, Texas.  Carlton is currently in custody in the Mongomery Cournty Joe Corley Detention Facility, Conroe, Texas.  Polinski was released on bond.  Burton is currently in state custody in the Polk County, Minnesota, jail.

The United States submits that unsealing the case at this time will not compromise the arrest or appearance of any of the Defendants in this case.

Dated December 26, 2012.

                              TIMOTHY Q. PURDON
                              United States Attorney

           By:    /s/ Christopher C. Myers
                CHRISTOPHER C. MYERS
                Assistant United States Attorney
                Quentin N. Burdick United States Courthouse
                655 First Avenue North - Suite 250
                Fargo, ND   58102-4932
                (701) 297-7400
                N.D. Bar Board ID No. 05317
                Attorney for United States