IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cr-119 |
| | ) | |
| -vs- | ) | **ORDER SETTING DETENTION** |
| | ) | **HEARING AND DIRECTING UNITED** |
| Charles William Carlton, | ) | **STATES MARSHALS SERVICE** |
| | ) | |
| Defendant. | ) | |

The Court **ORDERS** that a hearing be held regarding detention for Charles William Carlton on February 20, 2013 at 9:00 a.m. in Fargo, North Dakota. This hearing is being held as a result of the United States' Motion for Revocation of Magistrate Judge's Order Setting Conditions of Release (Doc. #12) and the Court's Order Staying Execution of Magistrate Judge's Order of Release (Doc. #15). It is **FURTHER ORDERED** the United States Marshals Service shall transport Carlton to Fargo for this hearing.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2013.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court