IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cr-119 |
| | ) | |
| vs. | ) | **ORDER EXONERATING BOND** |
| | ) | |
| Charles William Carlton, | ) | |
| | ) | |
| Defendant. | ) | |

Charles Carlton was initially released pending trial following the Order Setting Conditions of Release entered by the Honorable Mary Milloy, Magistrate Judge for the Southern District of Texas. The release order was upheld by this Court following an appeal by the United States (Doc. #59). Prior to his return to custody pending the pretrial release appeal, bond was posted for Carlton's release in the amount of $10,000. Following the denial of the United States' appeal, the Court **ORDERS** that the bond currently held in connection with Carlton's release be exonerated. This bond amount shall immediately be returned to the person who filed the affidavit at the time bond was posted.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2013.

*Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court