United States of America

      v.                                                              Criminal Case No.: 3:12-cr-119

**Charles William Carlton**

Clerk's Minutes<br>Proceeding: Detention Hearing

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: Thursday, January 31, 2013 |
| Shelley M. Giauque, Deputy Clerk | Time: 2:30 PM |
| Kelly Kroke, Court Reporter | Recess: 3:10 PM |
| Neil Roesler, Law Clerk | |
| Heather Achtenberg-Heck, USPO | |

*************************************************************************

Appearances:
Attorney for plaintiff:   Chris Myers
Attorney for defendants: Alex Reichert (cja)
*************************************************************************

Court calls case and notes appearances.
Court advises of past proceedings.

AUSA Myers comments and provides proffer.
Mr. Reichert comments and presents argument.

Court comments and denies the United States' motion and directs that the defendant be released, with conditions.  The court will reinstate the order previously set and add additional conditions. All previous modifications imposed with additional conditions:
1.  No use of alcohol or drugs.
2.  Shall undergo a chemical dependency evaluation and follow through as directed, etc.
3.  Shall submit to mandatory drug testing, etc.
4.  Shall not travel outside of his residence without the prior permission of his supervising officer.
5.  Shall have no contact with any of the co-defendants, confidential informant, or any identifiable witness.

Cash bond issue discussed . Court exonerates bond. $10,000 case (defendant's uncle) shall be returned.

Discovery issues discussed - parties to work out.

Recess.