IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES WILLIAM CARLTON and<br>JOHN ROBERT POLINSKI,<br><br>　　　　　Defendants. | Case No. 3:12-cr-119-01 and -02<br><br>UNITED STATES' RESPONSE TO<br>MOTIONS FOR CONTINUANCE |

　　　　The United States of America, by Timothy Q. Purdon, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby files this response to the motions for continuance filed by defendants Charles William Carlton and John Robert Polinkski.

　　　　The United States does not oppose a continuance for a period of 90 days for the trials in the above-entitled case as requested by defendant Polinski.  The United States opposes the request for a continuance of at least six (6) months filed by defendant Carlton as this period of delay is unnecessary and unreasonable for this case.

　　　　Dated February 25, 2013.

　　　　　　　　　　　　　　　　　　　　　　TIMOTHY Q. PURDON
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　　*/s/ Christopher C. Myers*
　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　　　　　　655 First Avenue North - Suite 250
　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　ND Bar Board ID No. 05317
　　　　　　　　　　　　　　　　　Chris.C.Myers@usdoj.gov
　　　　　　　　　　　　　　　　　Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES WILLIAM CARLTON and<br>JOHN ROBERT POLINSKI,<br><br>    Defendants. | Case No. 3:12-cr-119-01 and -02<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on February 25, 2013, the following document:

UNITED STATES' RESPONSE TO MOTIONS FOR CONTINUANCE

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Reid W. Brandborg**
reid@brandborglaw.com

**Richard Henderson**
Beth_Schwartz@fd.org,Bridget_Ertelt@fd.org

**Alexander F. Reichert**
alex@reichertlaw.com,ClarissaT@reichertlaw.com


LORI E. DALY
Office of the United States Attorney