United States of America

       v.                                                  Criminal Case No.: 3:12-cr-119-01 & 02

**Charles William Carlton**

and

**John Robert Polinski**              **Clerk's Minutes**
                                              Proceedings: Status Conference

Honorable Ralph R. Erickson              Date: Wednesday, May 1, 2013
Shelley M. Giauque, Deputy Clerk        Time: 2:30 PM
Kelly Kroke, Court Reporter               Recess: 2:50 PM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:
Attorney for plaintiff:     Chris Myers
Attorney for defendants:   Alex Reichert        Charles Carlton (not present)
                             Rick Henderson      John Polinski (not present)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court calls case and notes appearances.
Court advises of past proceedings.

Number of issues relating to the necessity of further investigation and experts that were brought to the courts attention. Not sure how long going to take to resolve issues. Ongoing discovery relating to analysis of a computer, that may involve expert involvement.

Court and counsel comment and discuss scheduling issues. Court notes sequestration with budget for all parties involved.

**Court sets new dates**:
Trial date: Tuesday, February 18, 2014 (9:30/9:00 AM FPT)
Motion deadline: Friday, December 6, 2013
Replies/Responses due: Tuesday, January 7, 2014
Motion Hearing date: Thursday, January 16, 2014 at 9:00 AM

Ex Parte Status Conference re: Budget: Wednesday, June 5, 2013 at 1:30 PM.

Recess.