United States of America

v.  Case No. 3:12-cr-119

Charles William Carlton

Clerk's Minutes of Change of Plea Hearing

| | |
|---|---|
| Hon. Ralph R. Erickson | Date: 3/10/2014 |
| Todd Dudgeon, Deputy Clerk | Time: 10:05 a.m. |
| Court Reporter: Kelly Kroke | Recess: 10: 55 a.m. |
| Law Clerk: Ross Pearson | USPO: n/a |

********************************************************************

Appearances:
Attorney for plaintiff: Chris Myers, FAUSA
Attorney for defendant: Alex Reichert, CJA

********************************************************************

Court calls case, notes appearances for the record, and states the purpose of this hearing.
Court outlines the charges in the indictment and the maximum penalties for each count.
Information filed - money laundering charge - court outlines maximum penalty for this charge.
Defendant understands the charges and the maximum penalties

Court informs the defendant of his statutory and constitutional rights - defendant understands.
Defendant will enter pleas to count 1 and 3 of the indictment (remaining count to be dismissed at the time of sentencing), and the single count in the information filed at this hearing.
Defendant sworn and answers questions of the court - court finds the defendant competent to proceed.
Defendant understands the trial and other rights he is giving up by entering pleas of guilty.
Parties review the plea agreement and identify their signatures.  Originals filed with the court.

Defendant waives the reading of the indictment and the information
Defendant enters pleas of GUILTY to Counts 1&3 of the Indictment and the single count Information.
Court accepts the pleas of guilty and finds there is a basis in fact to support the pleas.
Factual basis by the government.
Defense agrees with the factual basis.

Sentencing hearing set for May 27, 2014 at 1:30 P.M.
PSI Ordered

Defendant remains on release subject to the conditions previously imposed.

Adjourn.